IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY LEE WALKER,<br><br>Defendant. | Case No.: CR 96–40155-2 HSG<br><br>**ORDER TO CONTINUE STATUS AND CONVERT SAME TO ADMISSION HEARING** |

Based on the agreement of the parties in the stipulation above, the status hearing presently set for October 15, 2025, at 2:00pm, is vacated. This matter is reset to October 29, 2025, at 2:00pm, for an admission hearing.

IT IS SO ORDERED.

Dated: 10/1/2025

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge